## Snayberger's Estate (Nos. 2-9).

OPINION BY HENDERSON, J., March 1, 1916:

These appeals arise out of the same decree which was considered in the opinion handed down in the appeal of Sallie Kistler, No. 304, October Term, 1915. The decrees in these cases are affirmed for the reasons set forth in that appeal.